JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTALL VON DEN STEMMEN, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TTEC GOVERNMENT SOLUTIONS, LLC, a Colorado Limited Liability Company; TTEC HOLDINGS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-08806-SK<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION FOR ORDER OF DISMISSAL WITH PREJUDICE DUE TO LACK OF PROSECUTION |

In accordance with the October 27, 2025 Order Granting Defendants' Unopposed Ex Parte Application for Order of Dismissal with Prejudice due to Lack of Prosecution, IT IS ADJUDGED that this action is DISMISSED WITH PREJUDICE.

Dated: November 3, 2025

STEVE KIM
United States Magistrate Judge